IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP E. BOOSE,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-303-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered denying Phillip E. Boose's petition for a writ of habeas corpus under 28 U.S.C. §2241 and dismissing this case.

/s/                                                               11/28/2018

Peter Oppeneer, Clerk of Court                      Date