IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP E. BOOSE,

    Petitioner,

v.

                      Case No. 17-cv-303-jdp

MATTHEW MARSKE,

    Respondent.

## NOTICE OF APPEAL

COMES NOW Phillip E. Boose "Pro Se" in the above titled action respectfully bringing Notice to the Court of an appeal of the order dated Sept. 13, 2019; the Petitioner did not receive the order denying his sought relief until Sept. 16, 2019; and he submitting evidence indicating when the order was received at F.C.I. Oxford, please find attached to this notice of appeal.

                      Respectfully Submitted,

                      */s/ Phillip E. Boose*
                      Phillip E. Boose "Pro Se"

### Certificate of Service

I hereby certify that the original notice of appeal was mailed postage prepaid addressed to the Clerk of the Court for U.S. District Court, Western District of Wisconsin, by being deposited in the institutional mailing system at F.C.I. Oxford on the following date: Sept. 23, 2019

*/s/ Phillip E. Boose*
Phillip E. Boose

DOC NO
REC'D/FILED
2019 SEP 26 AM 10:04
PETER OPPENEER
CLERK US DIST COURT
WD OF WI